Eric C. Stuart (ES 1265)
Jennifer Rygiel-Boyd (JR 5676)
**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**
10 Madison Avenue, Suite 402
Morristown, New Jersey 07960
(973) 656-1600
eric.stuart@ogletreedeakins.com
jennifer.rygiel-boyd@ogletreedeakins.com

Attorneys for Defendant Brink's Home Security, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| JOSEL HOLT, | : | Hon. Jose L. Linares, U.S.D.J. |
|  | : | Case No. 06-5339 |
| Plaintiff, | : |  |
|  | : | *Civil Action* |
| v. | : |  |
|  | : | [PROPOSED] ORDER COMPELLING |
| BRINK'S HOME SECURITY, INC., | : | PRODUCTION OF UNEMPLOYMENT |
|  | : | RECORDS |
| Defendant. | : |  |

**THIS MATTER** having come before the Court upon the application of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. (Eric C. Stuart, Esq. and Jennifer Rygiel-Boyd, Esq. appearing), attorneys for defendant Ultradent Brink's Home Security, Inc., on notice to Krumholz Dillon, PA (Paula Dillon, Esq. appearing), attorneys for plaintiff Josel Holt, and on notice to Frederick S. Cohen, Executive Director, Legal & Regulatory Services, New Jersey Department of Labor and Workforce Development, by way of Defendant's Request for Production of Unemployment Records; and the Court having considered the papers; and for good cause shown,

**IT IS ON THIS** _15th_ day of _June_ 2007, hereby

**ORDERED** that Defendant's Request for Production of Unemployment Records is granted; and

**FURTHER ORDERED** that the New Jersey Department of Labor and Workforce Development produce to Jennifer Rygiel-Boyd, Esq. of Ogletree, Deakins, Nash, Smoak & Stewart, PC., Defendant's counsel, the following:  The complete file pertaining to plaintiff's claim for unemployment benefits made on June 4, 2006 and the appeal filed on June 29, 2006 including, but not limited to:

(1)     all applications, statements and other records completed or submitted by plaintiff or his behalf;

(2)     all records completed or submitted by or on behalf of Brink's Home Security, Inc.;

(3)     all statements, interview notes, memoranda, computer records and other records prepared by the Division of Unemployment Insurance;

(4)     all transcripts of the hearings held, including but not limited to the hearing held on July 8, 2006; and

(5)     all determinations made on the claim;

**FURTHER ORDERED** that the New Jersey Department of Labor and Workforce Development shall produce these documents to Defendant's counsel within 14 days of receipt of this Order; and

**FURTHER ORDERED** that Defendant's counsel will provide a copy of the documents produced by the New Jersey Department of Labor and Workforce Development to Paula Dillon, Esq. of Krumholz Dillon, PA, plaintiff's attorney.

*s/Claire C. Cecchi*

_____
Honorable Claire C. Cecchi, U.S.M.J.

4917690.1